IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOUGLAS DICKEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D16-1091

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed September 16, 2016.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Douglas Dickey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.